UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIFFE VAUGHN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DEREK A. HAMPTON, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 19cv1687-H(KSC)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR AN ORDER APPROVING EXPENSES**<br><br>**[Doc. No. 76.]** |

　　　This is a civil rights action alleging excessive force and retaliation while plaintiff was housed at the R.J. Donovan Correctional Center (RJD) in 2018.  [Doc. No. 6.]  On August 13, 2021, after the close of discovery but before trial, the parties filed a Notice of Settlement.  [Doc. No. 73.]

　　　Before the Court is plaintiff's *Ex Parte* Request for an Order Approving Expenses. [Doc. No. 76.]  Defendants have filed a Non-Opposition to plaintiff's Request.  [Doc. No. 80.]  Plaintiff is required to seek the Court's approval of litigation expenses pursuant to California Penal Code Section 2085.8(a), because he owes restitution in the amount of $3,180.60, which must be paid from the proceeds of a settlement "after payment of reasonable attorney's fees and litigation costs approved by the court."  [Doc. No. 76, at p. 1.]

///

To support his *Ex Parte* Request, plaintiff submitted the Declaration of his counsel, Ken Karan, along with Exhibits 1 through 16. [Doc. No. 76, at p. 2; Doc. No. 76-1, at pp. 1-40.] Mr. Karan's Declaration states that all expenses being submitted for approval were reasonably and necessarily incurred to initiate and evaluate the case and to reach a resolution. [Doc. No. 76, at p. 2.] Exhibit 1 is a summary of $13,783.10 in incurred expenses. [Doc. No. 76-1, at p. 2.] Exhibits 2 through 16 are copies of records showing the claimed expenses that were incurred during the litigation. [Doc. No. 76-1, at pp. 3-40.]

There is nothing in the record to indicate any of the claimed expenses were not reasonably and necessarily incurred. The expenses include the costs of filing fees, service of process, deposition transcripts, witness fees, and service of a records subpoena. [Doc. No. 76-2, at pp. 2-40.] As noted above, defendants do not object to any of the expenses as unreasonable or unnecessary. [Doc. No. 80.] In addition, resolution of the case in a manner favorable to plaintiff is further support for a finding that the claimed expenses were reasonable and necessary.

Accordingly, under the circumstances presented, IT IS HEREBY ORDERED that plaintiff's *Ex Parte* Request for an Order Approving Expenses is GRANTED. [Doc. No. 76.] The Court finds that the incurred expenses documented in Exhibits 1 through 16 were necessarily and reasonably incurred to reach a fair resolution of the case.

IT IS SO ORDERED.

Dated: October 1, 2021

Hon. Karen S. Crawford
United States Magistrate Judge